LOTTIE S. BRUENN v. STANLEY SWITLIK.

October 5, 1982.

Petition for certification denied.   (See 185 *N.J.Super.* 97)

JACOB KLEINER v. ZONING BOARD OF ADJUSTMENT OF THE BOROUGH OF OCEANPORT.

October 5, 1982.

Petition for certification denied.

ROBERT RECINE v. RUTGERS UNIVERSITY, THE STATE UNIVERSITY OF NEW JERSEY.

October 5, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. TYRONE ECHOLS.

October 5, 1982.

Petition for certification denied.